NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

11-1388 consolidated with 11-1386 & 11-1387

AMANDA TOWNSEND, ET AL.

VERSUS

STATE OF LA, THROUGH THE DOTD

**********

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CATAHOULA, NO. 25,674 C/W 25,319 C/W 25,621
HONORABLE GLEN W. STRONG, DISTRICT JUDGE

**********

SHANNON J. GREMILLION
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, James T. Genovese and Shannon J. Gremillion, Judges.

AFFIRMED.

James D. "Buddy" Caldwell
Attorney General
Ronald J. Fiorenza
Special Assistant Attorney General
Provosty, Sadler, DeLaunay, Fiorenza & Sobel
P. O. Box 1791
Alexandria, LA 71309-1791
(318) 445-3631
COUNSEL FOR DEFENDANT/APPELLANT:
    State of Louisiana, Thru the Department of
    Transportation and Development

**Clinton Andrew Magoun, Esq.**
**Attorney at Law**
**P.O. Box  397**
**Ferriday, LA 71334**
**(318) 757-8600**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
     **Christina Wiley**

**Brandy McClure**
**Smith, Taliaferro, Purvis & Boothe**
**P. O. Box 298**
**Jonesville, LA 71343**
**(318) 339-8526**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
     **Amanda Townsend**

**Paul A. Lemke, III**
**Owens & Lemke, Inc.**
**P. O. Box 595**
**Harrisonburg, LA 71340**
**(318) 744-5431**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
     **Lori Davis**
     **Stephen Davis**

**GREMILLION, Judge.**

For the reasons expressed in *Stephen Davis, et al. v. State of Louisiana, thru the Department of Transportation and Development*, 11-1386 (La.App. 3 Cir.   /   / ), ___ So.3d ___, the judgment of the trial court is affirmed.

**AFFIRMED.**